# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

GREGORY and YOLANDA KEITH,

        Plaintiffs,                Case Number: 09-12845

v.                                      JUDGE PAUL D. BORMAN
                                            UNITED STATES DISTRICT COURT

WAYNE COUNTY,

        Defendant.
_____ /

## ORDER OF DISMISSAL

On July 27, 2009, the Court ordered Plaintiffs to show cause that this Court has proper subject matter jurisdiction over the action. (Doc. No. 4). Plaintiffs filed three separate responses to the Court's show cause order. (Doc. Nos. 5, 6, 7). In all three responses, Plaintiffs admit that they have not asserted a federal claim; no other basis for jurisdiction exists.

Accordingly, the Court **DISMISSES** Plaintiffs complaint based on a lack of subject matter jurisdiction. *See* Fed. R. Civ. P. 12(h)(3).

**SO ORDERED.**

                                            s/Paul D. Borman
                                            PAUL D. BORMAN
                                            UNITED STATES DISTRICT JUDGE

Dated: August 11, 2009

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on August 11, 2009.

                                                s/Denise Goodine
                                                Case Manager